UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61270-CIV-COHN

MARTIN B. RAPPORT,

Magistrate Judge Snow

    Plaintiff,

vs.

LALJI, INC., a Florida corporation,
d/b/a CROWN INN,,

    Defendant.
_____/

## ORDER DENYING MOTION TO CONSOLIDATE

THIS CAUSE is before the Court upon Defendant's Motion to Consolidate Cases [DE 8]. The Court has carefully considered the motion and response thereto, and is otherwise fully advised in the premises. No reply in support of the motion was filed by the due date of October 26, 2006.

Defendant seeks to consolidate five separate actions with this action. The same Plaintiff, Martin Rapport, filed each action against small motels located along US Highway #1 in southern Broward County alleging violations of Title III of the Americans with Disabilities Act. Defendant asserts that each complaint is exactly the same except for the names and addresses of the defendants. Plaintiff opposes the motion, arguing that each case involves separate, unrelated properties, facilities, owners and defendants.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend

to avoid unnecessary costs or delay.

In applying this discretionary standard to the present motion, the Court concludes that consolidation is not appropriate at this time. As Plaintiff points out, these cases involve different defendants and different properties, presenting different compliance issues with Title III of the ADA. While standing issues regarding the Plaintiff may be similar, the factual issues regarding Plaintiff's standing will depend upon his visits to each particular facility. Therefore, the Court concludes that consolidation is not appropriate in these cases.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Consolidate Cases [DE 8] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2006.

JAMES I. COHN
United States District Judge

copies to:

Bradley Weitz, Esq.

Matt Weinstein, Esq.